## CERTIFICATION

RE:   LaTyra Morgan
      Y54659
      23-729-DWD

I, _Lori WARD, ACCOUNTANT SUPERVISOR_, hereby certify that
(Name and Title of Authorized Officer - please print)

LaTyra Morgan currently has the sum of $___0___ on account at D̶e̶c̶a̶t̶u̶r̶ Logan
Correctional Center.

_Lori Leberd_
Signature of Authorized Officer

Dated: _3/13/23_

**PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.**

**Please mail the statement and this completed form to:**
Clerk of Court
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

PS-17
Rev. 5/18

**Date:** 3/13/2023

**Time:** 1:41pm

d_list_inmate_trans_statement_composite

## Logan Correctional Center
### Trust Fund
### Inmate Transaction Statement

REPORT CRITERIA - Date: 10/27/2022 thru 12/13/2022;     Inmate: Y54659;     Active Status Only ? : No;     Print Restrictions ? : Yes;     Transaction Type: All Transaction Types;     Print Furloughs / Restitutions ? : Yes;     Include Inmate Totals ? : Yes;     Print Balance Errors Only ? : No

### Inmate: Y54659 Morgan, Latyra G.                          Housing Unit: LOG-06-S -12

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|------|--------|------------------|-------|-------------|-------------|--------|---------|
| | | | | | **Beginning Balance:** | | 0.00 |
| 11/22/22 | Mail Room | 15 JPAY | 326200 | 150100729 | Morgan, Tyese | 100.00 | 100.00 |

| | |
|---|---|
| **Total Inmate Funds:** | 13.00 |
| **Less Funds Held For Orders:** | .00 |
| **Less Funds Restricted:** | .00 |
| **Funds Available:** | 13.00 |
| **Total Furloughs:** | .00 |
| **Total Voluntary Restitutions:** | .00 |